# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALEV RAMIREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>        Defendants. | Case No. CV 19-4996-AB (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed the First Amended Complaint, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge in the Report and Recommendation as well as her July 31, 2019 order.

IT THEREFORE IS ORDERED that Defendants' motion to dismiss is GRANTED and this action is DISMISSED WITH PREJUDICE for failure to state a claim and failure to prosecute.

DATED: October 21, 2019

ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE