JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KHALEV RAMIREZ, | ) Case No. CV 19-4996-AB (JPR) |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| | ) |
| COUNTY OF LOS ANGELES et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 21, 2019

ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE